UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEMS ROCHE,**

    **Plaintiff,**

v.                                        **Case No.:  8:25-cv-1024-JLB-AAS**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 22). This request is unopposed. (*Id.* at p. 1).

The Commissioner requests remand with entry of judgment for these reasons:

> On remand, the Appeals Council will instruct the Administrative Law Judge to give further consideration to whether medical improvement occurred, offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

(*Id.*). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or

1

without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the undersigned **RECOMMENDS** that the Commissioner's unopposed motion for entry of judgment (Doc. 22) with remand be **GRANTED**.

**ENTERED** in Tampa, Florida, on November 14, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

**NOTICE TO PARTIES**

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.